IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD LEVINE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>METAL RECOVERY TECHNOLOGIES, INC., formerly known as MALVY TECHNOLOGY, INC., J. STEPHEN SMITH, ROY PEARCE, WILLIAM M. GREENWOOD, and MICHAEL LUCAS,<br><br>          Defendants. | CIVIL ACTION<br>NO. 95-690 JJF |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD LEVINE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>METAL RECOVERY TECHNOLOGIES, INC., et al.<br><br>          Defendants. | CIVIL ACTION<br>NO. 96-525 JJF |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, DISMISSAL OF CERTAIN CLAIMS, APPROVAL OF NOTICE TO CLASS, AND SCHEDULING OF FINAL HEARING**

Plaintiff, by his attorneys, hereby moves the Court for preliminary approval of an additional settlement in this action, and for the dismissal of all remaining claims, subject to further

consideration following a final settement hearing, and requests that the Court enter an Order in the form annexed hereto, providing, <u>inter alia</u>, for giving notice of the settlement and proposed dismissals and scheduling a hearing upon the fairness, reasonableness and adequacy of the settlement, the application by plaintiff's counsel for attorneys' fees and expense reimbursements, the proposed dismissal of remaining claims, and to hear from plaintiff's counsel with respect to the status of the MRTI bankruptcy proceedings and counsel's plans with respect to a distribution to the Class in this action.

Dated: July 28, 2005

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

*/s/ Norman M. Monhait*

Norman M. Monhait (DSBA No. 1040)
Citizens Bank Center
Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff

Of Counsel:

LAW OFFICES OF DAVID B. ZLOTNICK
1010 Second Avenue, Suite 1750
San Diego, California 92101
(619) 232-0331

LAW OFFICES OF DONALD B. LEWIS
5 Cynwyd Road
Bala Cynwyd, Pennsylvania 19004
(610) 668-0331

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of July, 2005, two copies of PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, DISMISSAL OF CERTAIN CLAIMS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF FINAL HEARING were served electronically upon the following:

> Joanne P. Pinckney, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware 19899

and a copy was served by first class mail, postage prepaid, upon the following:

> Barron Chase Securities
> 7700 West Camino Real
> Suite 200
> Boca Raton, Florida 33433

Raymond L. Robin, Esquire
Olle Macaulay & Zorrilla, P.A.
Suite 2200
One S.E. Third Avenue
Miami, Florida 33131-1716

Mr. William M. Greenwood
*Pro Se*
10620 Bethany Drive
Aurora, Colorado 80014

Mr. Gary Salter
c/o Sheldon Skryzlo, Esquire
210 Dundas Street West
Toronto, ON M5G 2E8
Canada

Mr. Jack Alexander
Hog Town Road
Mulberry, AZ 72947

Brian D. Graifman, Esquire
Gusrae Kaplan & Bruno
120 Wall Street
New York, New York 10005

David B. Simpson, Esquire
Stein Simpson & Rosen, P.A.
Suite 109, Two University Plaza
Hackensack, NJ 07601-6202

David S. Mandel, Esquire
Mandel & McAliley
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131

_____
Norman M. Monhait (DSBA No. 1040)